1  Robert B. Jobe (Cal. State Bar #133089)
   LAW OFFICE OF ROBERT B. JOBE
2  550 Kearny Street, Ste. 200
   San Francisco, CA 94108
3  Tel:    (415) 956-5513
   Fax:    (415) 840-0308
4  Email: bob@jobelaw.com

5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| RICHARD THIELE, | ) | No. 04:09-CV-3437 PJH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **PLAINTIFF'S MOTION** |
| ROBERT GOLDBERG, Consul General, | ) | **FOR VOLUNTARY DISMISSAL;** |
| U.S. Consulate, Guangzhou, China, et al., | ) | **[P~~ROPOSED~~] ORDER** |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff, Richard Thiele, through counsel, requests that his complaint for relief under the Administrative Procedure Act, currently pending before the Court, be dismissed without prejudice. Because Defendants have issued a visa to Plaintiff's step-daughter, Plaintiff is no longer alleging that Defendants are refusing to issue a visa to her.

WHEREFORE, Plaintiff prays that this Court allow him to voluntarily dismiss his complaint, without prejudice.

Dated:   November 30, 2009          Respectfully submitted,

                                    LAW OFFICE OF ROBERT B. JOBE

                                    /s/ Robert B. Jobe
                                    _____
                                    ROBERT B. JOBE
                                    Attorney for Plaintiff

Plaintiff's Motion for Voluntary Dismissal;[Proposed] Order
No. 04:09-CV-3437 PJH                              1

1 **[PROPOSED] ORDER**

2  IT IS HEREBY ORDERED that Plaintiff's motion for dismissal of the action without

3 prejudice be granted.

5 Dated:     12/1/09

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Phyllis J. Hamilton

Plaintiff's Motion for Voluntary Dismissal;[Proposed] Order
No. 04:09-CV-3437 PJH                    2